**UNITED STATES BANKRUPTCY
COURT DISTRICT OF
MASSACHUSETTS (CENTRAL
DIVISION)**

| | |
|---|---|
| **In re:** <br><br> **GEORGE L. COTE,** <br><br> **Debtor.** | **Chapter 7** <br> **Case No. 15-42383-CJP** |

**ANSWER OF DEBTOR'S ATTORNEY OF RECORD'S TO CHAPTER 7 TRUSTEE'S MOTION TO DISMISS DEBTOR'S BANKRUPTCY CASE AND/OR AWARD ADMINISTRATIVE EXPENSES**

To the Honorable Christopher J. Panos, United States Bankruptcy Judge:

DEBTOR'S ATTORNEY OF RECORD, Robin L. Munson (Debtor's counsel), submits the following Answer in response to Trustee Joseph H. Baldiga's (the "trustee") Motion To Dismiss Debtor's Bankruptcy Case And/Or Award Administrative Expenses. In the best interest of the Debtor, George L. Cote, and in order to preserve the rights of the Debtor, Robin L. Munson requests that this Court deny Trustee's Motion to Dismiss and/or Award Administrative Expenses.

**ANSWER**

1. – 3. Debtor's Counsel affirms through actual knowledge or belief.

4. Affirm that Bankruptcy Code § 341(a) (the "§ 341(a) Meeting") was scheduled for January 13, 2016 at 10 a.m., and that Debtor and his Counsel did not appear. Debtor's Counsel has no actual knowledge or belief regarding Trustee's time of receipt of fax but does assert that

she sent the fax on or around 2 p.m. of January 13, 2016. Debtor's Counsel was requested by her supervisor, Northeast Legal Aid Assistant Director, Stefanie Balandis, to not send the request until she (the Assistant Director) had the chance to review and edit it, which took until early afternoon. Affirm that Debtor's Counsel received and confirmed receipt of email advising of continued date and time of meeting.

5. Affirm through Debtor's Counsel's actual knowledge or belief.

6. Unable to confirm or deny.

7. Affirm through Debtor's Counsel's actual knowledge or belief.

RESPECTFULLY, in the best interest of the Debtor and to preserve Debtor's rights, Debtor's Counsel requests that this Court deny Trustee's Motion to Dismiss Debtor's Bankruptcy Case. In addition, Debtor's Counsel asks that Debtor not be assessed administrative expenses of $750.00 as Debtor is on a fixed SSDI income.

Submitted this day, April 9, 2016, by :

_____

Robin L. Munson

Munson Law Offices
25 Central Street, Unit 4
Lowell, MA 01854
MA Bar # 672996
978-735-4574

## CERTIFICATE OF SERVICE

I, Robin L. Munson, do hereby certify that on this day, April 9, 2016, I did serve a true and accurate copy of the above pleading upon those persons registered with the Court's ECF system, pursuant to the ECF system:

Richard T. King, Esq.
Assistant U.S. Trustee
Office of U.S. Trustee
446 Main Street, 14th Floor
Worcester, MA 01608

Joseph H. Baldiga
BBO #549963
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581-3926

Additionally I served a true and accurate copy of the pleading upon those persons listed immediately below by first class mail postage prepaid on this day, April 9, 2016:

Commonwealth of Massachusetts Department of Revenue Litigation Bureau, Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114-9564

Internal Revenue Service Special Process Unit
P.O. Box 9112
Boston, MA 02203

Internal Revenue Service Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

George L. Cote
320 Adams Street, Apt. 201
Lowell, MA 01854

United States Attorney
John Joseph Moakley United States Courthouse
One Courthouse Way Suite 9200
Boston, MA 02210

Robert White
20 Williams St.
Lowell, MA 01852

Aspen MasterCard
P.O. Box 105555
Atlanta, GA 30348-5555

Capital One Bank
P.O. Box 30281
Salt Lake City, UT 84130-0281

City of Lowell
1365 Middlesex Street
Lowell, MA 01851

Credit One Bank
PO Box 98873
Las Vegas, NV 89193

David Lu
28 Murray Lane
Lowell, MA 01852

Diversified Consultants
10550 Derwood PK B, Suite 309
Jacksonville, FL 32256

First Premier Bank
3820 N. Louis Ave
Sioux Falls, SD 57107

Ford Credit
PO Box 542000
Omaha, NE 68154-8000

| | | |
|---|---|---|
| Georgia Power<br>2500 Patrick Henry Pkwy<br>Bin #80002<br>McDonough, GA 30253-4298 | Great Plains Lending, LLC<br>7490 HWY 177<br>Red Rock, OK 74651 | Massachusetts DOT<br>RMV Division Section 5<br>PO Box 55897<br>Boston, MA 02205 |
| Richard E. MacDonald<br>1080 Main Street<br>Tewksbury, MA 01876 | Saints Memorial Medical Center<br>1 Hospital Drive<br>Lowell, MA 01852 | Stuart's Automotive, Inc.<br>97 Tanner Street<br>Lowell, MA 01852 |
| United Auto Credit Corp. PO<br>Box 14217<br>Irvine, CA 92623-4217 | David Lu<br>24 Old Farm Way<br>Chelmsford, MA 01824 | David Lu<br>15 Clare Street<br>Lowell, MA 01854 |
| First Premier Bank<br>601 S. Minnesota Ave.<br>Sioux Falls, SD 57104 | First Premier Bank<br>PO Box 5147<br>Sioux Falls, SD 57117-5147 | First Premier Bank<br>PO Box 5519<br>Sioux Falls, SD 57117-5519 |
| Lawrence District Court 2<br>Appleton Street<br>Lawrence, MA 01840-1573 | Lowell District Court<br>41 Hurd Street<br>Lowell, MA 01852 | |

_____
Robin L. Munson
BBO# 672996
Munson Law Offices
25 Central Street, Unit 4
Lowell, MA  01852
978-735-4574