UNITED STATES BANKRUPTCY COURT DISTRICT OF MASSACHUSETTS (CENTRAL DIVISION)

In re:

GEORGE L. COTE,

Debtor.

Chapter 7
Case No. 15-42383-CJP

### DEBTOR'S ATTORNEY'S MOTION TO BE REMOVED AS DEBTOR'S COUNSEL

Debtor's Counsel respectfully seeks the Court's permission to allow Debtor's Counsel to be removed from representation of Debtor, George L. Cote (Debtor) based upon a total breakdown of the attorney/client relationship and Debtor's Counsel's inability to arrange for substitute counsel at Northeast Legal Aid (NLA), which organization assigned the case to Debtor's Counsel when she was affiliated with NLA as a part-time contract worker.

1. Current Debtor's Counsel was assigned the Debtor's active collection case by Northeast Legal Aid when another attorney left that organization.  Debtor's Counsel had worked for NLA as a volunteer since 2009 and as a part-time contract attorney since 2012, primarily in the area of debt collection defense and Chapter 7 relief.

2. After lengthy discussion with the Debtor regarding Debtor's options, and after assurance from Debtor that he understood all of the requirements necessary to receive Chapter 7 relief, on December 7, 2015, Debtor's Counsel filed a petition under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 on behalf of the Debtor.

3. Shortly after the date of filing, Debtor's Counsel's relationship with Debtor suffered irreparable damage. Debtor's Counsel has not spoken or otherwise communicated with Debtor since December 18, 2015. From that time, Debtor and Debtor's Counsel communicated entirely through Stefanie Balandis, the newly appointed Assistant Director of NLA who started at the Lowell Office of NLA, on or around December, 2015.

4. Debtor's Counsel requested on several occasions, that representation of Debtor be transferred to another attorney, but submitted to Ms. Balandis' request that Debtor's Counsel stay on the case through the Bankruptcy Code § 341(a) (the "§ 341(a) Meeting") due to lack of an experienced replacement within the organization.

5. On March 28, 2016, Debtor's Counsel left the employ of NLA, and provided the organization with a drafted and signed copy of a Request to Withdraw as Counsel and Allow Substitution of Counsel.

6. To date, Debtor's Counsel is not aware that any motion for substitute counsel has been filed.

7. Debtor's Counsel is aware of Standing Order 2013-02 and the court's clarity on the issue of attorney withdrawal. Debtor's Counsel is also aware of her ethical responsibility to zealously represent Debtor, but finds that it is not possible to do so for a client with who she is not in communication, and over whom she has had no influence since December 18, 2015.

For all reasons stated above, I, Robin L. Munson, respectfully request that the Court approve my Motion to Be Removed as Debtor's Counsel.

Submitted this day, April 9, 2016, by :

_____

Robin L. Munson

Munson Law Offices
25 Central Street, Unit 4
Lowell, MA 01854
MA Bar # 672996
978-735-4574

## CERTIFICATE OF SERVICE

I, Robin L. Munson, do hereby certify that on this day, April 9, 2016, I did serve a true and accurate copy of the above pleading upon those persons registered with the Court's ECF system, pursuant to the ECF system:

Richard T. King, Esq.
Assistant U.S. Trustee
Office of U.S. Trustee
446 Main Street, 14th Floor
Worcester, MA 01608

Joseph H. Baldiga
BBO #549963
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581-3926

Additionally I served a true and accurate copy of the pleading upon those persons listed immediately below by first class mail postage prepaid on this day, April 9, 2016:

Commonwealth of Massachusetts
Department of Revenue Litigation
Bureau, Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114-9564

Internal Revenue Service Special
Process Unit
P.O. Box 9112
Boston, MA 02203

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

George L. Cote
320 Adams Street, Apt. 201
Lowell, MA 01854

United States Attorney
John Joseph Moakley United States Courthouse
One Courthouse Way Suite 9200
Boston, MA 02210

Robert White
20 Williams St.
Lowell, MA 01852

Aspen MasterCard
P.O. Box 105555
Atlanta, GA 30348-5555

Capital One Bank
P.O. Box 30281
Salt Lake City, UT 84130- 0281

City of Lowell
1365 Middlesex Street
Lowell, MA 01851

Credit One Bank
PO Box 98873
Las Vegas, NV 89193

David Lu
28 Murray Lane
Lowell, MA 01852

Diversified Consultants
10550 Derwood PK B,
Suite 309
Jacksonville, FL 32256

First Premier Bank
3820 N. Louis Ave
Sioux Falls, SD 57107

Ford Credit
PO Box 542000
Omaha, NE 68154-8000

| | | |
|---|---|---|
| Georgia Power<br>2500 Patrick Henry Pkwy<br>Bin #80002<br>McDonough, GA 30253-4298 | Great Plains Lending, LLC<br>7490 HWY 177<br>Red Rock, OK 74651 | Massachusetts DOT<br>RMV Division Section 5<br>PO Box 55897<br>Boston, MA 02205 |
| Richard E. MacDonald<br>1080 Main Street<br>Tewksbury, MA 01876 | Saints Memorial Medical Center<br>1 Hospital Drive<br>Lowell, MA 01852 | Stuart's Automotive, Inc.<br>97 Tanner Street<br>Lowell, MA 01852 |
| United Auto Credit Corp. PO<br>Box 14217<br>Irvine, CA 92623-4217 | David Lu<br>24 Old Farm Way<br>Chelmsford, MA 01824 | David Lu<br>15 Clare Street<br>Lowell, MA 01854 |
| First Premier Bank<br>601 S. Minnesota Ave.<br>Sioux Falls, SD 57104 | First Premier Bank<br>PO Box 5147<br>Sioux Falls, SD 57117-5147 | First Premier Bank<br>PO Box 5519<br>Sioux Falls, SD 57117-5519 |
| Lawrence District Court 2<br>Appleton Street<br>Lawrence, MA 01840-1573 | Lowell District Court<br>41 Hurd Street<br>Lowell, MA 01852 | |

_____
Robin L. Munson
BBO# 672996
Munson Law Offices
25 Central Street, Unit 4
Lowell, MA 01852
978-735-4574