# UNITED STATES BANKRUPTCY COURT DISTRICT OF MASSACHUSETTS (CENTRAL DIVISION)

In re:

GEORGE L. COTE,

Debtor.

Chapter 7
Case No. 15-42383-CJP

## DEBTOR'S SUPPLEMENTAL OPPOSITION TO TRUSTEE'S MOTION TO DISMISS

Debtor George L. Cote ("Debtor") respectfully opposes the Trustee's Motion to Dismiss.  As grounds therefore, Debtor had difficulty getting to previously-scheduled trustee meetings by public transportation from Lowell, but represents that he is committed to proceeding with his case through discharge, including attending the rescheduled meeting now set for May 11 at a later hour in the morning.   Northeast Legal Aid will accompany him to the May 11 meeting.

Respectfully Submitted:

Date :  April 11, 2016

Robin Munson
105 Stable Road
Milford, NH  03055
MA Bar # 672996
978-735-4574

# CERTIFICATE OF SERVICE

I, Robin L. Munson, do hereby certify that on this day, April 11, 2016, I did serve a true and accurate copy of the above pleading upon those persons registered with the Court's ECF system, pursuant to the ECF system:

Richard T. King, Esq.
Assistant U.S. Trustee
Office of U.S. Trustee
446 Main Street, 14th Floor
Worcester, MA 01608

Joseph H. Baldiga
BBO #549963
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581-3926

Additionally I served a true and accurate copy of the pleading upon those persons listed immediately below by first class mail postage prepaid on this day, April 11, 2016:

Commonwealth of Massachusetts
Department of Revenue Litigation
Bureau, Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114-9564

Internal Revenue Service Special
Process Unit
P.O. Box 9112
Boston, MA 02203

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

George L. Cote
320 Adams Street, Apt. 201
Lowell, MA 01854

United States Attorney
John Joseph Moakley United States
Courthouse
One Courthouse Way Suite 9200
Boston, MA 02210

Robert White
20 Williams St.
Lowell, MA 01852

Aspen MasterCard
P.O. Box 105555
Atlanta, GA 30348-5555

Capital One Bank
P.O. Box 30281
Salt Lake City, UT 84130- 0281

City of Lowell
1365 Middlesex Street
Lowell, MA 01851

Credit One Bank
PO Box 98873
Las Vegas, NV 89193

David Lu
28 Murray Lane
Lowell, MA 01852

Diversified Consultants
10550 Derwood PK B,
Suite 309
Jacksonville, FL 32256

First Premier Bank
3820 N. Louis Ave
Sioux Falls, SD 57107

Ford Credit
PO Box 542000
Omaha, NE 68154-8000

Georgia Power
2500 Patrick Henry Pkwy
Bin #80002
McDonough, GA 30253-4298

Great Plains Lending, LLC
7490 HWY 177
Red Rock, OK 74651

Massachusetts DOT
RMV Division Section 5
PO Box 55897
Boston, MA 02205

Richard E. MacDonald
1080 Main Street
Tewksbury, MA 01876

Saints Memorial Medical Center
1 Hospital Drive
Lowell, MA 01852

Stuart's Automotive, Inc.
97 Tanner Street
Lowell, MA 01852

United Auto Credit Corp. PO
Box 14217
Irvine, CA 92623-4217

David Lu
24 Old Farm Way
Chelmsford, MA 01824

David Lu
15 Clare Street
Lowell, MA 01854

First Premier Bank
601 S. Minnesota Ave.
Sioux Falls, SD 57104

First Premier Bank
PO Box 5147
Sioux Falls, SD 57117-5147

First Premier Bank
PO Box 5519
Sioux Falls, SD
57117-5519

Lawrence District Court 2
Appleton Street
Lawrence, MA 01840-1573

Lowell District Court
41 Hurd Street
Lowell, MA 01852

_____

Robin L. Munson
BBO# 672996
Munson Law Offices
25 Central Street, Unit 4
Lowell, MA  01852
978-735-4574