UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

In re:

GEORGE L. COTE,

Debtor.

Chapter 7
Case No. 15-42383-CJP

## MOTION BY THE CHAPTER 7 TRUSTEE TO CONTINUE HEARING SCHEDULED ON CHAPTER 7 TRUSTEE'S MOTION TO DISMISS DEBTOR'S BANKRUPTY CASE AND/OR AWARD ADMINISTRATIVE EXPENSES

To the Honorable Christopher J. Panos, United States Bankruptcy Judge:

NOW COMES Joseph H. Baldiga, the Chapter 7 trustee (the "Trustee") of the bankruptcy estate of George L. Cote (the "Debtor"), and hereby requests that the hearing (the "Hearing") presently scheduled for April 28, 2016 on the Trustee's Motion to Dismiss Debtor's Bankruptcy Case and/or Award Administrative Expenses (the "Motion") be continued to a date of this Court's convenience which is at least 20 days after May 11, 2016.  In support of this motion, the Trustee submits the following:

1. On December 7, 2015, the Debtor filed a petition for relief under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").

2. On December 8, 2015, the United States Trustee appointed Joseph H. Baldiga Chapter 7 trustee of this case and he continues to serve as such.

3. On March 14, 2016, the Trustee filed the Motion.

4. The Hearing on the Motion is scheduled for April 28, 2016 at 10:45 a.m.

{Practice Areas/CORP/15008/13901/A3253442.DOC}

5. The current Bankruptcy Code § 341(a) meeting of creditors is scheduled for May 11, 2016 at 11 a.m. (the "May 11 Meeting of Creditors").

6. Debtor's Supplemental Opposition to Trustee's Motion to Dismiss dated April 11, 2016 indicates that Debtor will attend, along with legal counsel, the May 11 Meeting of Creditors.

7. The Trustee therefore requests that the Hearing be continued to a date of this Court's convenience which is at least 20 days after the May 11 Meeting of Creditors.

WHEREFORE, the Trustee respectfully requests that this Court enter an Order:

(a) Continuing the Hearing to a date of this Court's convenience which is at least 20 days after the May 11 Meeting of Creditors; and

(b) Granting such other and further relief as is just.

Respectfully submitted,

JOSEPH H. BALDIGA,
CHAPTER 7 TRUSTEE

/s/ Joseph H. Baldiga
Joseph H. Baldiga, BBO #549963
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA  01581
Phone: 508.898.1501
Fax:    508.898.1502

Dated:  April 14, 2016                Email:  jbaldiga@mirickoconnell.com
                                              bankrupt@mirickoconnell.com

{Practice Areas/CORP/15008/13901/A3253442.DOC}    2

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# (CENTRAL DIVISION)

**In re:**

**GEORGE L. COTE,**

**Debtor.**

Chapter 7
Case No. 15-42383-CJP

## ORDER

Upon the Motion to Continue Hearing Scheduled on Chapter 7 Trustee's Motion to Dismiss (the "Motion to Dismiss") Debtor's Bankruptcy Case and/or Award Administrative Expenses dated April 14, 2016 (the "Motion to Continue Hearing") of Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") of the bankruptcy estate of George L. Cote (the "Debtor"), and the Court finding that the notice given of the Motion to Continue Hearing is sufficient; and no objection to the Motion to Continue Hearing having been filed or any such objection having been withdrawn or overruled;

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. The Motion to Continue Hearing is ALLOWED.

2. The hearing on the Trustee's Motion to Dismiss presently scheduled for April 28, 2016 is continued to _____, 2016 at _____ a.m./p.m.

Dated: _____, 2016

Honorable Christopher J. Panos
United States Bankruptcy Court Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(CENTRAL DIVISION)**

| | |
|---|---|
| **In re:** | |
| **GEORGE L. COTE,** | **Chapter 7**<br>**Case No. 15-42383-CJP** |
| **Debtor.** | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2016, I caused copies of the following documents to be served upon each party noted on the attached Service List by First-Class United States mail, postage pre-paid, or as otherwise noted on the attached Service List:

**Chapter 7 Trustee's Motion to Continue the Hearing on the Chapter 7 Trustee's Motion to Dismiss Debtor's Bankruptcy Case and/or Award Administrative Expenses, with proposed order.**

/s/ Joseph H. Baldiga
Joseph H. Baldiga, BBO #549963
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
Phone: 508.898.1501
Fax:    508.898.1502
Email:  jbaldiga@mirickoconnell.com

Dated:  April 14, 2016

{Practice Areas/CORP/15008/13901/A3253442.DOC}

**SERVICE LIST**

**Geroge L. Cote, Debtor**
**Chapter 7, Case No. 15-42383-CJP**

| | | |
|---|---|---|
| Richard T. King, Esq.<br>Assistant U.S. Trustee<br>Office of U.S. Trustee<br>446 Main Street<br>14th Floor<br>Worcester, MA 01608<br>(U.S. Trustee)<br>**VIA ECF** | Internal Revenue Service<br>Special Process Unit<br>P.O. Box 9112<br>Stop 20800<br>Boston, MA 02203<br>(Taxing Authority) | Commonwealth of<br>Massachusetts<br>Department of Revenue<br>Litigation Bureau,<br>Bankruptcy Unit<br>P.O. Box 9564<br>Boston, MA 02114-9564<br>(Taxing Authority) |
| Internal Revenue Service<br>Centralized Insolvency<br>Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br>(Taxing Authority) | United States Attorney<br>John Joseph Moakley United<br>States Courthouse<br>One Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>(U.S. Attorney) | George L. Cote<br>320 Adams Street, Apt. 201<br>Lowell, MA 01854<br>(Debtor) |
| Robin L. Munson, Esq.<br>105 Stable Road<br>Milford, NH 03055<br>(Debtor's Counsel)<br>**VIA ECF** | Aspen MasterCard<br>P.O. Box 105555<br>Atlanta, GA 30348-5555<br>(Schedule F Creditor) | Capital One Bank<br>P.O. Box 30281<br>Salt Lake City, UT 84130-0281<br>(Schedule F Creditor) |
| City of Lowell<br>1365 Middlesex Street<br>Lowell, MA 01851<br>(Schedule F Creditor) | Credit One Bank<br>PO Box 98873<br>Las Vegas, NV 89193<br>(Schedule F Creditor) | David Lu<br>28 Murray Lane<br>Lowell, MA 01852<br>(Schedule F Creditor) |
| Diversified Consultants<br>10550 Derwood PK B<br>Suite 309<br>Jacksonville, FL 32256<br>(Schedule F Creditor) | First Premier Bank<br>3820 N. Louis Ave<br>Sioux Falls, SD 57107<br>(Schedule F Creditor) | Ford Credit<br>PO Box 542000<br>Omaha, NE 68154-8000<br>(Schedule F Creditor) |
| Georgia Power<br>2500 Patrick Henry Pkwy<br>Bin #80002<br>McDonough, GA 30253-4298<br>(Schedule F Creditor) | Great Plains Lending, LLC<br>7490 HWY 177<br>Red Rock, OK 74651<br>(Schedule F Creditor) | Massachusetts DOT RMV<br>Division<br>Section 5 PO Box 55897<br>Boston, MA 02205<br>(Schedule F Creditor) |

**SERVICE LIST**

**Geroge L. Cote, Debtor**
**Chapter 7, Case No. 15-42383-CJP**

Richard E. MacDonald
1080 Main Street
Tewksbury, MA 01876
(Schedule F Creditor)

Saints Memorial Medical Center
1 Hospital Drive
Lowell, MA 01852
(Schedule F Creditor)

Stuart's Automotive, Inc.
97 Tanner Street
Lowell, MA 01852
(Schedule F Creditor)

United Auto Credit Corp.
1071 Camel Back
Newport Beach, CA 92660
(Schedule F Creditor)

David Lu
24 Old Farm Way
Chelmsford, MA 01824
(Schedule F Creditor)

David Lu
15 Clare Street
Lowell, MA 01854
(Schedule F Creditor)

First Premier Bank
601 S. Minnesota Ave.
Sioux Falls, SD 57104
(Schedule F Creditor)

First Premier Bank
PO Box 5147
Sioux Falls, SD 57117-5147
(Schedule F Creditor)

First Premier Bank
PO Box 5519
Sioux Falls, SD 57117-5519
(Schedule F Creditor)

Lawrence District Court
2 Appleton Street
Lawrence, MA 01840-1573
(Schedule F Creditor)

Lowell District Court
41 Hurd Street
Lowell, MA 01852
(Schedule F Creditor)

Robert White
20 Williams St.
Lowell, MA 01852
(Schedule F Creditor)

Stefanie A. Balandis, Esq.
Northeast Legal Aid
35 John Street, Suite 302
Lowell, MA 01852
(Proposed Substitute Counsel for Debtor)