UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

In re:

GEORGE L. COTE,

      Debtor.

CHAPTER 7
CASE NO. 15-42383-CJP

TRUSTEE'S MOTION TO WITHDRAW
MOTION TO DISMISS DEBTOR'S CASE

To the Honorable Christopher J. Panos, United States Bankruptcy Judge:

NOW COMES Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") of the bankruptcy case of George L. Cote (the "Debtor"), and hereby moves this Court to allow him to withdraw (the "Motion to Withdraw) his March 14, 2016 Motion to Dismiss Debtor's Bankruptcy Case and/or Award Administrative Expenses (the "Motion to Dismiss"), a hearing on which is presently scheduled for May 26, 2016 (the "Hearing"). In support hereof, the Trustee states as follows:

1. The Trustee filed the Motion to Dismiss due to the Debtor's failure to appear at scheduled Bankruptcy Code §341(a) meetings.

2. The Debtor appeared at the most recent §341(a) meeting held today.

3. After today's §341(a) meeting, the Trustee filed his Report of No Distribution.

WHEREFORE, the Trustee respectfully requests that this Court enter an Order:

(a)     Allowing the Trustee's Motion to Withdraw;

      (b)    Cancelling the Hearing; and

      (c)    Granting the Trustee such other and further relief as is just.

    Respectfully submitted,

    JOSEPH H. BALDIGA,
    CHAPTER 7 TRUSTEE

    /s/ Joseph H. Baldiga
    Joseph H. Baldiga, BBO #549963
    Mirick, O'Connell, DeMallie & Lougee, LLP
    1800 West Park Drive, Suite 400
    Westborough, MA 01581-3926
    Phone: (508) 791-8500
    Fax:   (508) 791-8502

Dated: May 18, 2016    Email: bankrupt@mirickoconnell.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# (CENTRAL DIVISION)

| | |
|---|---|
| **In re:** <br><br> **GEORGE L. COTE,** <br><br> **Debtor.** | **Chapter 7** <br> **Case No. 15-42383-CJP** |

## ORDER

Upon the Motion (the "Motion") to Withdraw his Motion to Dismiss Debtor's Bankruptcy Case and/or Award Administrative Expenses (the "Motion to Dismiss") of Joseph H. Baldiga, Chapter 7 trustee (the "Trustee") dated May 18, 2016, and the Court finding that the notice given of the Motion is sufficient; and no objection to the Motion having been filed or any such objection having been withdrawn or overruled;

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. The Motion is ALLOWED;

2. The Trustee's Motion to Dismiss is WITHDRAWN; and

3. The May 26, 2016 Hearing on the Motion to Dismiss is CANCELLED.


Dated: _____, 2016        Honorable Christopher J. Panos, Judge
                                            United States Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(CENTRAL DIVISION)**

| | |
|---|---|
| **In re:** <br><br> **GEORGE L. COTE,** <br><br> **Debtor.** | **Chapter 7** <br> **Case No. 15-42383-CJP** |

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 18, 2016, I caused copies of the following documents to be served upon each party noted on the attached Service List by First-Class United States mail, postage pre-paid, or as otherwise noted:

**Chapter 7 Trustee's Motion to Withdraw his March 14, 2016 Motion to Dismiss Debtor's Bankruptcy Case, with proposed order.**

Dated: May 18, 2016

/s/ Joseph H. Baldiga
Joseph H. Baldiga BBO #549963
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581-3926
Phone: (508) 791-8500
Fax: (508) 791-8502
Email: bankrupt@mirickoconnell.com

## SERVICE LIST

**Geroge L. Cote, Debtor**
**Chapter 7, Case No. 15-42383-CJP**

| | | |
|---|---|---|
| Richard T. King, Esq.<br>Assistant U.S. Trustee<br>Office of U.S. Trustee<br>446 Main Street<br>14th Floor<br>Worcester, MA 01608<br>(U.S. Trustee)<br>**VIA ECF** | Internal Revenue Service<br>Special Process Unit<br>P.O. Box 9112<br>Stop 20800<br>Boston, MA 02203<br>(Taxing Authority) | Commonwealth of Massachusetts<br>Department of Revenue<br>Litigation Bureau, Bankruptcy Unit<br>P.O. Box 9564<br>Boston, MA 02114-9564<br>(Taxing Authority) |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br>(Taxing Authority) | United States Attorney<br>John Joseph Moakley United States Courthouse<br>One Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>(U.S. Attorney) | George L. Cote<br>320 Adams Street, Apt. 201<br>Lowell, MA 01854<br>(Debtor) |
| Robin L. Munson, Esq.<br>105 Stable Road<br>Milford, NH 03055<br>(Debtor's Former Counsel)<br>**VIA ECF** | Aspen MasterCard<br>P.O. Box 105555<br>Atlanta, GA 30348-5555<br>(Schedule F Creditor) | Capital One Bank<br>P.O. Box 30281<br>Salt Lake City, UT 84130-0281<br>(Schedule F Creditor) |
| City of Lowell<br>1365 Middlesex Street<br>Lowell, MA 01851<br>(Schedule F Creditor) | Credit One Bank<br>PO Box 98873<br>Las Vegas, NV 89193<br>(Schedule F Creditor) | David Lu<br>28 Murray Lane<br>Lowell, MA 01852<br>(Schedule F Creditor) |
| Diversified Consultants<br>10550 Derwood PK B<br>Suite 309<br>Jacksonville, FL 32256<br>(Schedule F Creditor) | First Premier Bank<br>3820 N. Louis Ave<br>Sioux Falls, SD 57107<br>(Schedule F Creditor) | Ford Credit<br>PO Box 542000<br>Omaha, NE 68154-8000<br>(Schedule F Creditor) |
| Georgia Power<br>2500 Patrick Henry Pkwy<br>Bin #80002<br>McDonough, GA 30253-4298<br>(Schedule F Creditor) | Great Plains Lending, LLC<br>7490 HWY 177<br>Red Rock, OK 74651<br>(Schedule F Creditor) | Massachusetts DOT RMV Division<br>Section 5 PO Box 55897<br>Boston, MA 02205<br>(Schedule F Creditor) |
| Richard E. MacDonald<br>1080 Main Street<br>Tewksbury, MA 01876<br>(Schedule F Creditor) | Saints Memorial Medical Center<br>Attn: Collections<br>One Hospital Drive<br>Lowell, MA 01852<br>(Schedule F Creditor) | Stuart's Automotive, Inc.<br>97 Tanner Street<br>Lowell, MA 01852<br>(Schedule F Creditor) |

## SERVICE LIST

**Geroge L. Cote, Debtor**
**Chapter 7, Case No. 15-42383-CJP**

| | | |
|---|---|---|
| United Auto Credit Corp.<br>1071 Camel Back<br>Newport Beach, CA 92660<br>(Schedule F Creditor) | David Lu<br>24 Old Farm Way<br>Chelmsford, MA 01824<br>(Schedule F Creditor) | David Lu<br>15 Clare Street<br>Lowell, MA 01854<br>(Schedule F Creditor) |
| First Premier Bank<br>601 S. Minnesota Ave.<br>Sioux Falls, SD 57104<br>(Schedule F Creditor) | First Premier Bank<br>PO Box 5147<br>Sioux Falls, SD 57117-5147<br>(Schedule F Creditor) | First Premier Bank<br>PO Box 5519<br>Sioux Falls, SD 57117-5519<br>(Schedule F Creditor) |
| Lawrence District Court<br>2 Appleton Street<br>Lawrence, MA 01840-1573<br>(Schedule F Creditor) | Lowell District Court<br>41 Hurd Street<br>Lowell, MA 01852<br>(Schedule F Creditor) | Robert White<br>20 Williams St.<br>Lowell, MA 01852<br>(Schedule F Creditor) |
| Stefanie A. Balandis, Esq.<br>Northeast Legal Aid<br>35 John Street, Suite 302<br>Lowell, MA 01852<br>(Counsel for Debtor) | | |